## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**WILLIAM L. HANNA,** *et al.***,**

      **Plaintiffs,**

                              **Case No. 2:17-cv-844**
                              **Judge James L. Graham**
      **v.**                      **Chief Magistrate Judge Elizabeth P. Deavers**

**WELLS FARGO BANK, NA.,**

      **Defendant.**

### ORDER

    This case has been reported settled. The parties are **ORDERED** to file a joint written status report by **JULY 3, 2019**, unless an appropriate order of dismissal has been received prior to that date.

    Plaintiffs' Motion for Leave to File First Amended Class Action Complaint, *Instanter* (ECF No. 39) is **DENIED WITHOUT PREJUDICE** subject to reactivation should the parties be unable to reach a final settlement agreement.

    **IT IS SO ORDERED.**


Date: May 17, 2019                _____*/s/ Elizabeth A. Preston Deavers*
                                ELIZABETH A. PRESTON DEAVERS
                                CHIEF UNITED STATES MAGISTRATE JUDGE