**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM L. HANNA** <br><br> **and** <br><br> **CYNTHIA G. HANNA,** <br><br>     Plaintiffs, <br><br> vs. <br><br> **WELLS FARGO BANK, N.A.,** <br><br>     Defendant. | **CASE NO. 2:17-cv-00844-JLG-EPD** <br><br> **Judge: Hon. James L. Graham** <br> **Magistrate: Hon. Elizabeth Preston Deavers** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, William L. Hanna and Cynthia Hanna and Defendant, Wells Fargo Bank, N.A., by their respective undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal, *with prejudice*, of all claims asserted in this action.

Dated: July 10, 2019

| | |
|---|---|
| */s/ Andrew J. Gerling* <br> Andrew J. Gerling, Esq. <br> DOUCET & ASSOCIATES, INC. <br> 700 Stonehenge Parkway, Suite 2B <br> Dublin, OH 43017 <br> (614) 951-9568 <br> (614) 944-5219 <br> andrew@doucet.law <br><br> *Attorneys for Plaintiffs* | */s/ Virginia W. Barnhart* <br> Virginia W. Barnhart (*Pro Hac Vice*) <br> WOMBLE BOND DICKINSON (US) LLP <br> 100 Light Street, 26th Floor <br> Telephone: 410-545-5803 <br> Virginia.Barnhart@wbd-us.com <br><br> */s/ Artin Betpera* <br> Artin Betpera (*Pro Hac Vice*) <br> WOMBLE BOND DICKINSON (US) LLP <br> 400 Spectrum Center Drive, Suite 1700 <br> Irvine, California  92618 <br> Telephone: 714-557-3800 <br> Artin.Betpera@wbd-us.com <br><br> *Attorneys for Defendant* |

**SO ORDERED this \_\_\_ day of July, 2019:**

_____
**Judge James L. Graham**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Stipulation of Dismissal With Prejudice by electronic filing and email on this 10th day of July, 2019 on the following:

Virginia W. Barnhart, Esq.
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Virginia.Barnhart@wbd-us.com

Artin Betpera
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California  92618
Artin.Betpera@wbd-us.com

Scott A. King (#0037582)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
scott.king@thompsonhine.com

Sean M. Kohl, Esq.
Kohl & Cook Law Firm LLC
1900 Bethel Road
Columbus, OH 43220
614-763-5111
sean@kohlcook.com

*/s/* Andrew J. Gerling, Esq.
Andrew J. Gerling, Esq.
DOUCET & ASSOCIATES, INC.
700 Stonehenge Parkway, Suite 2B
Dublin, OH 43017
andrew@doucet.law